FILED SEP 2 4 2007 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

POSTED ON THE WEBSITE

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BETSEY WARREN LEBBOS,<br>          Debtor. | Case No. 06-22225-D-7 |
| LINDA SCHUETTE,<br>          Plaintiff,<br>v.<br>BETSEY WARREN LEBBOS, et al.,<br>          Defendants. | Adv. Pro. No. 07-2006-D<br>Docket Control No. BWL-6 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION

On September 6, 2007, Betsey Lebbos, as former trustee of the Aida Madeleine Lebbos No. 2 Trust, a defendant in this action ("Defendant"), filed a document entitled "Judicial Disqualification Affidavit For Honorable Robert Bardwil Due to His Interest in the Outcome, Partisanship, Bias, Prejudice, And Prejudgment Against The Disabled," by which she seeks to

disqualify the undersigned as the bankruptcy judge in this adversary proceeding. The issues raised in the affidavit are addressed in the court's Memorandum Decision, filed herewith, on the Defendant's request, as the debtor in the case, to disqualify the undersigned in the bankruptcy case, Docket Control No. BWL-9, filed in the parent case. For the reasons set forth in that Memorandum Decision, the court will deny the Defendant's request.

The court will issue an order consistent with this memorandum.

Dated: September 24, 2007

*/s/ Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

Thomas Carter
P.O. Box 41175
Long Beach, CA 90853

Jason Gold
17091 Elm Street, Suite 3
Huntington Beach, CA 92646

DATE: September 24, 2007      _____
                                             Deputy Clerk