

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

```
          FILED
        NOV 30 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>           Debtor.<br>_____<br>LINDA SCHUETTE,<br><br>           Plaintiff,<br>v.<br><br>BETSEY WARREN LEBBOS,<br>et al.,<br><br>           Defendants.<br>_____ | Case No. 06-22225-D-7<br><br><br><br><br><br>Adv. Pro. No. 07-2006-D<br><br>Docket Control No. BWL-7 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION</u>

    On November 21, 2007, Betsey Lebbos, a defendant in this adversary proceeding ("Defendant"), filed in this proceeding an Application for A Stay of Proceedings Pending Twelve Appeals by Three Parties ("the Application"). The Application mirrors an application for the same relief filed in Defendant's parent bankruptcy case, also on November 21, 2007. For the reasons set forth in the court's Memorandum Decision on the Defendant's application filed in the parent case, the court will deny the Application.

1 | The court will issue an order consistent with this
2 | memorandum.

Dated: November 30, 2007

                                 ROBERT S. BARDWIL
                                 United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

Thomas Carter
P.O. Box 41175
Long Beach, CA 90853

Jason Gold
17091 Elm Street, Suite 3
Huntington Beach, CA 92646

DATE: November 30, 2007                      _____
                                             Andrea Lovgren