

Case 07-02006   Filed 03/20/08   Doc 460

```
                                           FILED
POSTED ON WEBSITE                      MAR 2 0 2008
NOT FOR PUBLICATION
                              UNITED STATES BANKRUPTCY COURT
                              EASTERN DISTRICT OF CALIFORNIA
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>        Debtor.<br>_____<br>LINDA SCHUETTE,<br><br>        Plaintiff,<br><br>v.<br><br>BETSEY WARREN LEBBOS, et al.,<br><br>        Defendants.<br>_____ | Case No. 06-22225-D-7<br><br><br><br><br><br><br>Adv. Pro. No. 07-2006<br>Docket Control No. [none] |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION DENYING APPLICATION FOR STAY OF PROCEEDINGS PENDING DETERMINATION OF APPEAL

On March 14, 2008, Jason Gold, as Trustee of the Aida Madeline Lebbos Trust II ("Trust"), a defendant in this adversary proceeding ("Gold"), filed an Application for Stay of Proceedings Pending Determination of Appeal. On March 17, 2008, Gold filed a second application bearing the same title and in all respects identical to the first application, except for the addition of a few immaterial words at page 2, line 27 through page 3, line 1, and except for slight differences in the words appearing on each particular line, at page 2, lines 9-12, and page 3, lines 6-7. The second application also contains a Declaration and

Verification in Support of Motion for Stay and a proof of service.  The two applications will be referred to herein collectively as "the Application."

On March 18, 2008, Thomas Carter, a co-defendant in this adversary proceeding and a co-trustee of the Trust ("Carter"), filed a joinder in the Application.  Earlier, on February 22, 2008, Betsey Warren Lebbos, the debtor in this bankruptcy case and a co-defendant in the adversary proceeding ("Debtor"), had filed similar motions for a stay pending appeal in the bankruptcy case, in this adversary proceeding, and in two other adversary proceedings also pending in this case, Alonso v. Lebbos, Adv. No. 06-2314, and U.S. Trustee v. Lebbos, Adv. No. 08-2072.  On February 28, 2008, this court issued orders denying the Debtor's motions.

Gold has appealed from this court's order striking his answer and entering his default in this adversary proceeding; the Debtor and Carter have appealed from similar orders against them. The court has carefully considered Gold's arguments, and as with the Debtor, concludes that Gold has not demonstrated "a combination of probable success on the merits and the possibility of irreparable injury."  See Tribal Village of Akutan v. Hodel, 859 F.2d 662, 663 (9th Cir. 1988); Cadence Design Sys. v. Avant! Corp., 125 F.3d 824, 826 (9th Cir. 1997).  Similarly, Gold has not shown the existence of serious questions going to the merits of his appeal and that the balance of hardships tips sharply in his favor.  Id.
/ / /
/ / /

1 | Accordingly, the court will deny the Application.

3 | Dated: March 20, 2008

*Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

Jason Gold
17091 Elm Street, Suite 3
Huntington Beach, CA 92646

Thomas Carter
P.O. Box 41175
Long Beach, CA 90853

DATE: March 20, 2008

_____
Andrea Lovgren