

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*
FILED

MAR 2 8 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>           Debtor.<br>_____<br>LINDA SCHUETTE,<br><br>           Plaintiff,<br>v.<br><br>BETSEY WARREN LEBBOS,<br>et al.,<br><br>           Defendants.<br>_____ | Case No. 06-22225-D-7<br><br><br><br><br><br>Adv. Pro. No. 07-2006-D<br><br>Docket Control No. MPD-7 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION</u>

    On March 26, 2008, Betsey Lebbos, a defendant in this adversary proceeding ("Defendant"), filed a document entitled "Betsey Lebbos' Declaration in Opposition to Default Judgement and Request for Recusal of Judge Bardwil" ("the Request"), by which she seeks the recusal of the undersigned as the judge in this adversary proceeding. Defendant has previously sought the disqualification of the undersigned in this adversary proceeding and in her parent bankruptcy case. Her requests have been denied.

/ / /

The court has reviewed the Request and concludes that it is grounded on the Defendant's dissatisfaction with the court's prior rulings in the action and the bankruptcy case. The cases are uniform that a "judge's adverse rulings in the course of a judicial proceeding almost never constitute a valid basis for disqualification based on bias or partiality." 12 James Wm. Moore, Moore's Fed. Practice § 63.21[4], at 63-39 (3d. ed. 2006) (citing cases); see also Liteky v. United States, 510 U.S. 540, 554-55 (1994).

Further, the court remains persuaded, as it was on the Defendant's earlier requests for disqualification, that the court is unbiased and impartial. The court also cannot find that "'a reasonable person with knowledge of all of the facts would conclude that the judge's impartiality might reasonably be questioned'." See In re Georgetown Park Apts., Ltd., 143 B.R. 557, 559 (B.A.P. 9th Cir. 1992), quoting United States v. Nelson, 718 F.2d 315, 321 (9th Cir. 1983) (other citations omitted).

For the reasons stated, the court finds that the Defendant has not met her burden under 28 U.S.C. § 455(a) of overcoming the presumption of impartiality and demonstrating that the impartiality of the undersigned might reasonably be questioned. Nor has she demonstrated grounds for disqualification under 28 U.S.C. § 455(b).

The court will address that portion of the Request in which the Defendant opposes the Plaintiff's application for default judgment at the appropriate time.

/ / /
/ / /

The court will issue an order consistent with this memorandum.

Dated: March 28, 2008

                                                          /s/ Robert Bardwil
                                          ROBERT S. BARDWIL
                                          United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

Jason Gold
17091 Elm Street, Suite 3
Huntington Beach, CA 92646

Thomas Carter
P.O. Box 41175
Long Beach, CA 90853

DATE: March 28, 2008

_____
Andrea Lovgren