

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED

JUN 19 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>                Debtor.<br><br>LINDA SCHUETTE,<br><br>                Plaintiff,<br><br>v.<br><br>BETSEY WARREN LEBBOS,<br>et al.,<br><br>                Defendants. | Case No. 06-22225-D-7<br><br><br><br><br><br>Adv. Pro. No. 07-2006-D |

This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or Issue preclusion.

### MEMORANDUM DECISION ON APPLICATION
### FOR A STAY OF THE JOINT DEFAULT JUDGMENT

On June 13, 2008, the defendants herein, Betsey Warren Lebbos, Jason Gold, and Thomas Carter, filed an Application for A Stay Of The Joint Default Judgment ("the Application") in this adversary proceeding. For the reasons set forth below, the court will deny the Application.

On March 11, 2008, the plaintiff herein, Linda Schuette, filed an application for default judgment against defendants Lebbos, Gold, and Carter. Lebbos filed written opposition, and Gold and Carter joined in that opposition. Following a hearing

on April 17, 2008, the court issued findings of fact and conclusions of law and a judgment against the three defendants ("the Judgment").

The defendants provide no statutory or rule authority for the Application, and make no mention of a pending appeal from the Judgment. However, the court's docket in this case discloses that the defendants have appealed from the Judgment. The court thus construes the Application as a request for a stay pending appeal, pursuant to Federal Rule of Bankruptcy Procedure 8005, or in the alternative, as a request for a stay of proceedings to enforce a judgment, pursuant to Federal Rule of Civil Procedure 62, made applicable in this proceeding by Federal Rule of Bankruptcy Procedure 7062.

The court has considered the defendants' arguments, and is not persuaded (1) that the defendants are likely to succeed on the merits of their appeals, and (2) that the absence of a stay creates the possibility of irreparable injury to them. Similarly, they have not shown the existence of serious questions going to the merits of their appeals, and have failed to show that a balancing of the hardships tips in their favor. See Tribal Village of Akutan v. Hodel, 859 F.2d 662, 663 (9th Cir. 1988); Cadance Design Sys. v. Avant! Corp., 125 F.3d 824, 826 (9th Cir. 1997).

Accordingly, the court will deny the Application.

Dated: June 19, 2008

ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306


DATE: June 19, 2008         _____
                            Andrea Lovgren