FILED

JAN 2 0 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>              Debtor.<br>_____<br>LINDA SCHUETTE,<br><br>              Plaintiff,<br><br>v.<br><br>BETSEY WARREN LEBBOS,<br>et al.,<br><br>              Defendants. | Case No. 06-22225-D-7<br><br><br><br><br><br><br>Adv. Pro. No. 07-2006-D<br>Docket Control No. MPD-9 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or Issue preclusion.**

**MEMORANDUM DECISION ON APPLICATION**
**FOR A STAY OF REGISTRATION OF ORDER**

    On January 7, 2009, the defendant herein, Betsey Warren Lebbos, filed an Application for Stay Of Registration of Order ("the Application") in this adversary proceeding. For the reasons set forth below, the court will deny the Application.

    On May 13, 2008, the plaintiff herein, Linda Schuette, filed a motion for order directing the clerk to register judgment obtained against defendant Lebbos and others. Lebbos filed written opposition to the motion. Following a hearing on

June 18, 2008, the court issued a memorandum of decision and granted the motion. Consistent with the memorandum decision the court then entered an order directing the clerk to register judgment on July 17, 2008 (the "Order").

The Application requests the court stay the Order pending appeal.

The court has considered the defendant's arguments, and is not persuaded (1) that the defendant is likely to succeed on the merits of their appeals, and (2) that the absence of a stay creates the possibility of irreparable injury to the defendant. Similarly, the defendant has not shown the existence of serious questions going to the merits of their appeals, and have failed to show that a balancing of the hardships tips in their favor. See Tribal Village of Akutan v. Hodel, 859 F.2d 662, 663 (9th Cir. 1988); Cadance Design Sys. v. Avant! Corp., 125 F.3d 824, 826 (9th Cir. 1997).

Accordingly, the court will deny the Application.

Dated: January 20, 2009

*/s/ Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

DATE: January 20, 2009            _____
                                  Andrea Lovgren