2007-02006
FILED
June 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002697641

3

MICHAEL P. DACQUISTO, ESQ.
State Bar Number 84894
1901 Court Street
Redding, California 96001

Telephone:  (530) 244-6007
Fax:             (530) 244-0907

Attorney for Linda Schuette, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | NO. 06-22225-D-7 |
| BETSEY WARREN LEBBOS | |
| _____Debtor_____ / | |
| LINDA SCHUETTE | Adv. No: 07-2006 |
| Plaintiff | DCN:   MPD-10 |
| vs | Date:   April 14, 2010<br>Time:   10:00 a.m. |
| BETSEY WARREN LEBBOS, et. al., | Place:  Courtroom 34, Dept D<br>501 I Street, 6th Floor<br>Sacramento, CA 95814 |
| _____Defendants_____ / | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

By Order After Hearing filed on February 23, 2010 (hereafter "FEB ORDER") the court set a further hearing on the Trustee's Motion for Order Holding Defendants Betsey Warren Lebbos, Jason Gold and Thomas Carter in Civil Contempt of Court for April 14 2010 at 10:00 a.m. to consider whether BETSEY WARREN LEBBOS (hereafter "LEBBOS") and THOMAS CARTER (hereafter "CARTER") had complied with the Judgment of the court filed on April 17, 2008 (hereafter "JUDGMENT") and with the post judgment order of this court filed on November 18, 2009 (hereafter "NOV ORDER").

RECEIVED
June 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002697641

The court has considered all of the papers filed to date by LEBBOS, CARTER and SCHUETTE. The court heard argument on April 14, 2010 from LEBBOS and SCHUETTE. After consideration of these papers and the argument presented the court makes the following findings of fact and conclusions of law. Each of these findings of fact was established by SCHUETTE by clear and convincing evidence.

## FINDINGS OF FACT

1. The court adopts and reaffirms its Findings of Fact as set forth in its FINDINGS OF FACTS AND CONCLUSIONS OF LAW filed on February 23, 2010.

2. LEBBOS and CARTER have continued in their failure to comply with the JUDGMENT, with the NOV ORDER and with the FEB ORDER finding them in civil contempt. The papers filed by LEBBOS and CARTER with this court do not demonstrate otherwise. LEBBOS and CARTER have not produced any evidence demonstrating compliance with the JUDGMENT, the NOV ORDER and the FEB ORDER finding them in civil contempt. They continue to have the present ability to comply and have not demonstrated otherwise.

3. Based on the failure of LEBBOS and CARTER to comply with the JUDGMENT, the NOV ORDER and the FEB ORDER the court orders the present monetary fine of $200.00 per day against LEBBOS and CARTER be increased to $300.00 per day. This increase starts as of April 14, 2010 and will continue until further order of this court or until compliance with the JUDGMENT, the NOV ORDER and the FEB ORDER occurs.

In making the findings of fact set forth above this court has specifically considered the following factors.

**Harm From Non Compliance**

This factor was discussed in the NOV ORDER and the FEB ORDER. Nothing has changed with respect to the previous findings of the court. The harm to the estate continues.

**Probable Effectiveness of the Sanction**

This factor was discussed in the NOV ORDER and the FEB ORDER. Nothing has changed with respect to the previous findings of the court. Additional orders from this court,

including increased sanctions and potential incarceration, are the next reasonable and logical step to obtain compliance from LEBBOS and CARTER with the JUDGMENT, the NOV ORDER and the FEB ORDER.

**Contemnors' Financial Resources and Burden Sanctions May Impose**

This factor was discussed in the NOV ORDER and the FEB ORDER. Nothing has changed with respect to the previous findings of the court.

**Contemnors' Willfulness in Disregarding the Judgment**

This factor was discussed in the NOV ORDER and the FEB ORDER. Nothing has changed with respect to the previous findings of the court.

**CONCLUSIONS OF LAW**

1. The court adopts and reaffirms its Conclusions of Law as set forth in its FINDINGS OF FACTS AND CONCLUSIONS OF LAW filed on February 23, 2010.

2. LEBBOS and CARTER have not complied with the provisions of the FEB ORDER. LEBBOS and CARTER remain in civil contempt of this court and the underlying Judgment in the adversary action captioned above.

Dated: June 14, 2010

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court